IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MARUSHI and | : | |
| TAMMY A. MARUSHI | : | |
| | : | CIVIL ACTION NO. 02-CV-3914 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## <u>ENTRY OF APPEARANCE</u>

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,

_____

Hope S. Freiwald

_____

Aline Fairweather

_____

Alison T. Conn

_____

Kirstin J. Miller

Dated:  August 19, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000